

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-21-00067-CR

JOHN CHARLES DENELSBECK, III, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Delta County, Texas
Trial Court No. 7735

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Our review of the Appellant's brief in this matter indicates that it contains un-redacted "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Unless a court orders otherwise, "an electronic or paper filing with the court . . . must not contain sensitive data." TEX. R. APP. P. 9.10(b). Sensitive data includes "the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The Appellant's brief includes the real names of child victims mentioned during trial.

"Sensitive data must be redacted by using the letter "X" in place of each omitted digit or character or by removing the sensitive data in a manner indicating that the data has been redacted." TEX. R. APP. P. 9.10(d). To protect the identity of the child victims, we hereby strike the Appellant's brief and order that it be redacted in accordance with Section 9.10 of the Texas Rules of Appellate Procedure. We further order that Appellant's properly redacted brief be refiled on or before **January 10, 2022**.

IT IS SO ORDERED.

BY THE COURT

Date: January 6, 2022